UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOVELETTE BARNES,

    Plaintiff,

-against-

THE STOP & SHOP SUPERMARKET COMPANY, LLC,

    Defendant.

19-CV-00431 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    It appearing to the Court that no action has taken place in this case since defendant's counsel filed a Notice of Change of Address in October 17, 2019 (Dkt. No. 24), that discovery closed on September 12, 2019 (Dkt. No. 13), and that the deadline for the parties to move for summary judgment or file their joint pretrial order was October 14, 2019, *id*. ¶ 8, it is hereby ORDERED that no later than **April 15, 2020**, the parties shall move for summary judgment, submit their joint pretrial order, or file a stipulation of voluntary dismissal.

    Failure to comply with this order may result in the case being dismissed by the Court for failure to prosecute pursuant to Rule 41(b).

Dated: New York, New York
       March 16, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**